**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **TUCKER ALAN HODGE** and **THOMAS HODGE**, | ) ) ) |
| **Plaintiffs**, | ) ) |
| v. | ) ) ) |
| **JONATHAN HUMAN**, **JAMES BLANKENSHIP**, **RUSTY BAFFORD**, individually and in their capacities as Deputies for the White County Sheriff's Department; **ODDIE SHOUPE**, individually and in his capacity as Sheriff of White County, Tennessee; and the **WHITE COUNTY SHERIFF'S DEPARTMENT**, | ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants**. | ) |

No. 2:11-CV-00010

JURY DEMAND

# ORDER SUBSTITUTING COUNSEL

It appearing to the Court that the Plaintiffs, Tucker Alan Hodge and Thomas Hodge, have secured substitute counsel to represent them in this action, and that Richard M. Brooks and Michael Savage have filed a Notice of Appearance as counsel of record for the Plaintiffs in this action; it is, therefore,

ORDERED that Howard L. Upchurch shall be and is hereby allowed to withdraw as counsel of record for the Plaintiffs, Tucker Alan Hodge and Thomas Hodge, and shall further be relieved from additional responsibilities to the Plaintiffs in this action.

IT IS FURTHER ORDERED that Richard M. Brooks and Michael Savage shall be and are hereby substituted as counsel of record for the Plaintiffs, in accordance with the Notice of Appearance heretofore filed by these attorneys in this action.

IT IS SO ORDERED.


*Kevin H. Sharp* (signature)
_____
KEVIN H. SHARP
**UNITED STATES DISTRICT JUDGE**



/s/ Howard L. Upchurch
_____
**HOWARD L. UPCHURCH** (BPR #10145)
P.O. Box 381
Pikeville, TN 37367
Phone: (423) 447-2903
Fax: (423) 447-6672
Email: hlupchurch@yahoo.com


/s/ Richard M. Brooks
_____
**RICHARD M. BROOKS, ESQ.** (BPR #4308)
130 Third Avenue West
P. O. Box 255
Carthage, TN 37030
Phone: (615) 735-0807
Fax: (615) 735-1921
Email: utkrmb@comcast.net


/s/ Michael Savage
_____
**MICHAEL SAVAGE, ESQ.** (BPR #020276)
101 East Court Square
Livingston, Tennessee 38570-1839
Phone: (931)823-3690
Fax: (931)823-3693
Email: mslaw@twlakes.net

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 11th day of July, 2011, a copy of the foregoing Order Substitution Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Attorney W. Carl Spining
Attorney Michael T. Schmitt
200 4th Avenue North, Suite 300
P.O. Box 198985
Nashville, Tennessee 37219-8985

                                                */s/ Richard M. Brooks*